Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumer.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN VON HEGEL, JR.,** | Case No. 3:11-cv-01916-EMK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **CAPITAL MANAGEMENT SERVICES, L.P.,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 21st day of November, 2011.

By: /s Cynthia Z. Levin
**Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff**

Notice of Settlement - 1

Filed electronically on this 21st day of November, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Edwin M. Kosik
United States District Court
Middle District of Pennsylvania


This 21st day of November, 2011.

s/Todd M. Friedman
Todd M. Friedman

Notice of Settlement - 2